# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FREUDENTHAL, NANCY D. | DISTRICT COURT - WYOMING | 03/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

OFFICE OF JUDGE FREUDENTHAL
2120 CAPITOL AVE.
CHEYENNE, WY 82001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 |
| 2. | BOARD MEMBER | WYOMING PROFESSIONAL ASSISTANCE PROGRAM |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | STATE OF WYOMING RETIREMENT PLAN WITH FORMER EMPLOYER, NO CONTROL, AGREEMENT SIGNED IN 2003 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | STATE OF WYOMING RETIREMENT DISTRIBUTION | $42,107.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | STATE OF WYOMING - RETIREMENT DISTRIBUTION |
| 2. 2019 | SELF-EMPLOYED ATTORNEY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. MERIDIAN TRUST FCU (cash) | A | Interest | K | T | | | | | |
| 3. MASS MUTUAL FIXED WHOLE LIFE PAID-UP AT AGE 65 INSURANCE | C | Dividend | M | T | | | | | |
| 4. VOYA/SECURITY LIFE OF DENVER LIFE INSURANCE POLICY | B | Interest | L | T | | | | | |
| 5. AMERIPRISE NON-QUALIFIED CASH RESERVE CERTIFICATE (cash) | B | Interest | K | T | Redeemed (part) | 11/06/19 | M | | |
| 6. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 7. AMERIPRISE INSURED MONEY MARKET (AIMMA) (cash) | A | Interest | J | T | | | | | |
| 8. AMERICAN CENTURY MID CAP VALUE INVESTOR CL (ACMVX) | A | Dividend | K | T | | | | | |
| 9. BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL (BSIIX) | A | Dividend | K | T | | | | | |
| 10. BLACKROCK HIGH YIELD BOND INSTL CL (BHYIX) | A | Dividend | K | T | Buy | 02/14/19 | K | | |
| 11. MULTI MANAGER VALUE STRATEGIES CL Z (CZMVX) | C | Dividend | L | T | Buy (add'l) | 02/14/19 | J | | |
| 12. | | | | | Sold (part) | 11/13/19 | J | A | |
| 13. MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z (CTRZX) | D | Dividend | N | T | Buy (add'l) | 11/13/19 | J | | |
| 14. MULTIMANAGER SMALL CAP EQUITY STRATEGIES CL Z (CZMSX) | B | Dividend | K | T | Sold (part) | 05/15/19 | J | | |
| 15. MULTI MANAGER GROWTH STRATEGIES CL Z (CZMGX) | C | Dividend | K | T | Sold (part) | 02/14/19 | J | | |
| 16. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 17. MULTI MANAGER INTL EQ STRAT INSTL (CMIEX) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | DELAWARE US GROWTH INSTL CL (DEUIX) | B | Dividend | K | T | | | | | |
| 19. | MFS INTL VALUE CL I (MINIX) | A | Dividend | K | T | Buy (add'l) | 05/15/19 | J | | |
| 20. | MFS VALUE CL I (MEIIX) | A | Dividend | K | T | | | | | |
| 21. | NUVEEN SYMPHONY FOLATING RATE INCOME CL I (NFRIX) | A | Dividend | | | Sold | 02/14/19 | K | | |
| 22. | PGIM JENN MID CAP GR Z (PEGZX) | | None | | | Sold (part) | 05/15/19 | J | | |
| 23. | | | | | | Sold | 11/13/19 | K | | |
| 24. | MFS MID CAP GROWTH CL I (OTCIX) | A | Dividend | K | T | Buy | 11/13/19 | K | | |
| 25. | WELLS FARGO EMERGING MARKETS EQUITY INSTL CL (EMGNX) | A | Dividend | K | T | Sold (part) | 02/14/19 | J | A | |
| 26. | ISHARES CORE MSCI EMERG MKTS ETF (IEMG) | A | Dividend | J | T | | | | | |
| 27. | BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 28. | AMERIPRISE INSURED MONEY MARKET (AIMMA) (cash) | A | Interest | J | T | | | | | |
| 29. | COLUMBIA DIVIDEND OPPTY CL A (INUTX) | C | Dividend | K | T | | | | | |
| 30. | COLUMBIA LARGE CAP VAL A (INDZX) | B | Dividend | K | T | | | | | |
| 31. | VIRTUS NEWFLEET MULTI SECTOR SHORT TERM BOND CL A (NARAX) (X) | A | Dividend | J | T | | | | | |
| 32. | ANNALY CAPITAL MANAGEMENT INC (NLY) (X) | A | Dividend | J | T | | | | | |
| 33. | SENIOR HOUSING PROPERTIES TRUST SBI (SNH) (X) | | None | | | Sold | 03/21/19 | J | | |
| 34. | STARWOOD PROPERTY TRUST INC (STWD) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ARES CAPITAL CORP (ARCC) (X) | B | Dividend | K | T | Buy (add'l) | 03/21/19 | J | | |
| 36. DOUBLELINE INCOME SOLUTIONS FUND (DSL) (X) | A | Dividend | | | Sold | 03/21/19 | J | | |
| 37. FLAHERTY & CRUMRINE PFD INCOME OPPORTUNITY FUND INC (PFO) (X) | A | Dividend | | | Sold | 03/21/19 | J | | |
| 38. VANECK VECTORS MTG REIT INCOME ETF (MORT) (X) | | None | | | Sold | 03/21/19 | J | | |
| 39. CHS INC CL B CUML REDEEMABLE PFD SER (CHSCL) (X) | A | Dividend | J | T | | | | | |
| 40. RIVERSOURCE LIFE RIVERSOURCE RAVA 5 ADVANTAGE VARIABLE ANNUITY #1 (H) | | | | | | | | | |
| 41. RIVERSOURCE COLUMBIA VP-MANAGED VOLATILITY MODERATE GROWTH FUND CL 2 | | None | M | T | | | | | |
| 42. RIVERSOURCE LIFE RIVERSOURCE RAVA 5 ADVANTAGE VARIABLE ANNUITY #2 (H) | | | | | | | | | |
| 43. RIVERSOURCE COLUMBIA VP-MANAGED VOLATILITY MODERATE GROWTH FUND CL 2 | | None | N | T | | | | | |
| 44. RIVERSOURCE VP-MODERATE PORTFOLIO CLASS 2 | | None | N | T | | | | | |
| 45. RIVERSOURCE LIFE RIVERSOURCE RAVA 5 ADVANTAGE VARIABLE ANNUITY #3 (H) | | | | | | | | | |
| 46. RIVERSOURCE VP-MODERATE PORTFOLIO CLASS 2 | | None | M | T | | | | | |
| 47. RIVERSOURCE LIFE RETIREMENT ADVISOR ADV VARIABLE ANN #1 (H) | | | | | | | | | |
| 48. RIVERSOURCE VP MODERATE C12 | | None | K | T | | | | | |
| 49. IRA #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. COLUMBIA ADAPTIVE RISK ALLOC CL Z (CRAZX) | C | Dividend | K | T | | | | | |
| 51. COLUMBIA ALTERNATIVE BETA CL Z (CLAZX) | | None | J | T | | | | | |
| 52. ISHARES TIPS BOND ETF (TIP) | A | Dividend | | | Sold (part) | 09/03/19 | J | | |
| 53. | | | | | Sold | 12/02/19 | J | | |
| 54. ISHARES IBOXX $INVESTMENT GRADE CORP BOND ETF (LQD) | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 55. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 56. | | | | | Sold (part) | 06/03/19 | J | | |
| 57. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 58. | | | | | Sold (part) | 11/01/19 | J | | |
| 59. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 60. ISHARES 20+ YR TREAS BD ETF (TLT) | A | Dividend | J | T | Buy (add'l) | 06/03/19 | J | | |
| 61. | | | | | Sold (part) | 08/01/19 | J | | |
| 62. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 63. | | | | | Sold (part) | 10/01/19 | J | | |
| 64. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 65. | | | | | Sold (part) | 12/02/19 | J | | |
| 66. ISHARES 7-10 YR TREASURY BOND ETF (IEF) | A | Dividend | J | T | Sold (part) | 04/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FREUDENTHAL, NANCY D.** | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 68. | | | | | Sold<br>(part) | 08/01/19 | J | | |
| 69. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 70. | | | | | Sold<br>(part) | 10/01/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 72. | | | | | Sold<br>(part) | 12/02/19 | J | | |
| 73. ISHARES 1-3 YR TREASURY BOND ETF (SHY) | A | Dividend | J | T | Sold<br>(part) | 02/01/19 | J | | |
| 74. | | | | | Sold | 04/01/19 | J | | |
| 75. | | | | | Buy | 06/03/19 | J | | |
| 76. | | | | | Sold | 08/01/19 | J | | |
| 77. | | | | | Buy | 09/03/19 | J | | |
| 78. | | | | | Sold<br>(part) | 10/01/19 | J | | |
| 79. | | | | | Sold<br>(part) | 12/02/19 | J | | |
| 80. ISHARES MSCI EAFE ETF (EFA) | A | Dividend | J | T | Buy<br>(add'l) | 08/01/19 | J | | |
| 81. | | | | | Sold<br>(part) | 09/03/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 83. | | | | | Sold<br>(part) | 11/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 85.   ISHARES RUSSELL 2000 ETF (IWM) | | None | | | Sold | 01/18/19 | J | | |
| 86.   ISHARES JPMORGAN USD EMERGING<br>MARKETS BOND ETF (EMB) | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 88. | | | | | Sold<br>(part) | 06/03/19 | J | | |
| 89. | | | | | Sold<br>(part) | 09/03/19 | J | | |
| 90. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 91. | | | | | Sold<br>(part) | 11/01/19 | J | | |
| 92. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 93.   ISHARES IBOXX $ HIGH YIELD CORP<br>BOND ETF (HYG) | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 95. | | | | | Sold<br>(part) | 06/03/19 | J | | |
| 96. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 97. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 98. | | | | | Sold<br>(part) | 09/03/19 | J | | |
| 99. | | | | | Sold<br>(part) | 09/03/19 | J | | |
| 100. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | Sold (part) | 11/01/19 | J | | |
| 102. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 103. ISHARES 3-7 YR TREAS BOND ETF (IEI) | A | Dividend | J | T | Sold | 04/01/19 | J | | |
| 104. | | | | | Buy | 06/03/19 | J | | |
| 105. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 106. | | | | | Sold (part) | 10/01/19 | J | | |
| 107. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 108. | | | | | Sold (part) | 12/02/19 | J | | |
| 109. SPDR S&P 500 ETF (SPY) | A | Dividend | J | T | Buy (add'l) | 04/01/19 | J | | |
| 110. | | | | | Sold (part) | 06/03/19 | J | | |
| 111. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 112. | | | | | Sold (part) | 09/03/19 | J | | |
| 113. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 114. | | | | | Sold (part) | 11/01/19 | J | | |
| 115. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 116. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | Buy (add'l) | 04/01/19 | J | | |
| 117. | | | | | Buy (add'l) | 08/01/19 | J | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 118. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 119. | | | | | Sold<br>(part) | 11/01/19 | J | | |
| 120. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 121.  VANGUARD MORTGAGE BACKED<br>SECURITIES ETF (VMBS) | A | Dividend | | | Sold | 12/02/19 | J | | |
| 122.  VANGUARD REIT INDEX ETF (VNQ) | A | Dividend | | | Sold | 12/02/19 | J | | |
| 123.  BARCLAYS BANK IPATH<br>BLOOMBERG COMMONDITY INDEX<br>TOT RETURN (DJP) | | None | J | T | Buy<br>(add'l) | 02/01/19 | J | | |
| 124.  IRA #2 (H) | | | | | | | | | |
| 125.  AMERIPRISE BANK INSURED SWEEP<br>(ABISA) (cash) | A | Interest | J | T | Open | 06/12/19 | J | | |
| 126.  DREYFUS GOVT CASH MGMT FDS<br>INSTL SHS 289 (cash) | A | Interest | | | Redeemed | 06/11/19 | J | | |
| 127.  INVESCO BALANCED RISK COMM<br>STRAT Y (BRCYX) | A | Dividend | J | T | | | | | |
| 128.  BLACKROCK SHORT OBLIGS INSTL<br>CL (BISOX) | A | Dividend | K | T | Buy | 04/22/19 | K | | |
| 129.  COLUMBIA CORPORATE INCOME CL<br>Z (SRINX) | B | Dividend | K | T | Sold<br>(part) | 04/22/19 | J | | |
| 130.  COLUMBIA SELECT LARGE CAP<br>GROWTH CL Z (UMLGX) | D | Dividend | K | T | Sold<br>(part) | 01/25/19 | J | | |
| 131. | | | | | Sold<br>(part) | 04/22/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 133.  GOLDMAN SACHS INTL EQUITY<br>INSIGHTS INVESTOR CL (GCITX) | A | Dividend | K | T | Buy | 04/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 135. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 136. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 137. GOLDMAN SACHS GQG PARTNERS INTL OPPTYS INVESTOR CL (LROIX) | A | Dividend | K | T | Buy | 04/22/19 | J | | |
| 138. JOHN HANCOCK CLASSIC VALUE CL I (JCVIX) | B | Dividend | K | T | Sold (part) | 01/25/19 | J | | |
| 139. | | | | | Sold (part) | 09/23/19 | J | | |
| 140. JANUS HENDERSON US MANAGED VOLATILITY CL I (JRSIX) | B | Dividend | K | T | Buy (add'l) | 06/17/19 | J | | |
| 141. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 142. JOHN HANCOCK STRATEGIC INCOME OPPTYS CL I (JIPIX) | A | Dividend | K | T | Buy | 01/25/19 | K | | |
| 143. | | | | | Sold (part) | 04/22/19 | J | | |
| 144. BRANDYWINE GLOBAL BOND I (LROIX) | | None | J | T | | | | | |
| 145. INVESCO OPPENHEIMER GLOBAL VALUE CL Y (GLVYX) | | None | | | Buy (add'l) | 02/25/19 | J | | |
| 146. | | | | | Sold (part) | 06/17/19 | J | | |
| 147. | | | | | Sold | 08/13/19 | J | | |
| 148. PRINCIPAL GLOBAL REAL ESTATE SEC I (POSIX) | A | Dividend | | | Sold | 11/25/19 | K | | |
| 149. WELLS FARGO INTL VALUE INSTL CL (WFVIX) | A | Dividend | K | T | Buy (add'l) | 03/20/19 | J | | |
| 150. | | | | | Sold (part) | 04/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. WESTERN ASSET CORE PLUS BOND I (WACPX) | A | Dividend | K | T | | | | | |
| 152. ISHARES 20+ YR TREAS BOND ETF (TLT) | A | Dividend | K | T | Buy (add'l) | 03/20/19 | J | | |
| 153. ISHARES 7-10 YR TREASURY BOND ETF (IEF) | A | Dividend | K | T | Buy | 04/22/19 | J | | |
| 154. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 155. | | | | | Buy (add'l) | 11/25/19 | K | | |
| 156. ISHARES 1-3 YR TREASURY BOND ETF (SHY) | A | Dividend | J | T | Sold | 03/20/19 | J | | |
| 157. | | | | | Buy | 04/22/19 | K | | |
| 158. | | | | | Sold (part) | 08/12/19 | J | | |
| 159. | | | | | Sold (part) | 11/25/19 | K | | |
| 160. ISHARES 3-7 YR TREASURY BOND ETF (IEI) | A | Dividend | | | Buy (add'l) | 01/24/19 | J | | |
| 161. | | | | | Sold (part) | 02/25/19 | J | | |
| 162. | | | | | Sold | 04/22/19 | K | | |
| 163. ISHARES CORE MSCI EMERGING MARKETS ETF (IEMG) | A | Dividend | J | T | Buy (add'l) | 01/24/19 | J | | |
| 164. | | | | | Sold (part) | 06/17/19 | J | | |
| 165. ISHARES MSCI JAPAN ETF NEW (EWJ) | A | Dividend | | | Sold (part) | 01/24/19 | J | | |
| 166. | | | | | Sold | 02/25/19 | J | | |
| 167. ISHARES CURRENCY HEDGED MSCI EUROZONE ETF (HEZU) | A | Dividend | | | Sold (part) | 01/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 168. | | | | | Sold | 04/22/19 | J | | |
| 169. ISHARES MSCI UTD KINGDOM NEW ETF (VDC) | A | Dividend | J | T | Buy | 02/25/19 | J | | |
| 170. SPDR EURO STOXX 50 ETF (FEZ) | A | Dividend | | | Buy | 01/24/19 | J | | |
| 171. | | | | | Sold | 04/22/19 | J | | |
| 172. SPDR PORTFOLIO LARGE CAT ETF (SPLG) | A | Dividend | J | T | Buy | 08/12/19 | J | | |
| 173. VANGUARD CONSUMER STAPLES ETF (VDC) | A | Dividend | J | T | | | | | |
| 174. VANGUARD ENERGY ETF (VDE) | A | Dividend | J | T | | | | | |
| 175. VANGUARD MORTGAGE BACKED SECURITIES ETF (VMBS) | B | Dividend | K | T | Buy (add'l) | 04/22/19 | J | | |
| 176. VANGUARD VALUE ETF (VTV) | A | Dividend | K | T | Sold (part) | 02/25/19 | J | | |
| 177. | | | | | Buy (add'l) | 09/23/19 | J | | |
| 178. TRUST #1 (H) | | | | | | | | | |
| 179. RESIDENTIAL PROPERTY, CODY, PARK COUNTY, WYOMING | | None | | | Sold | 06/14/19 | N | G | Kevin Lee Buss Rev. Trust |
| 180. RENTAL PROPERTY, CODY, PARK COUNTY, WYOMING | C | Rent | | | Sold | 06/14/19 | | | Kevin Lee Buss Rev. Trust |
| 181. TRUST #2 (H) | | | | | | | | | |
| 182. STIFEL BANK PROGRAM MONEY MARKET (cash) | A | Interest | J | T | | | | | |
| 183. CARBON COUNTY WY SCHOOL DIST 1 RAWLINS BLDG BDS B/E (141028EF3) | | None | | | Sold | 04/30/19 | J | A | |
| 184. CASPER WY CMNTY CLLG DIST REV SER B B/E BABS TXBL (147647AY7) | A | Interest | | | Sold | 04/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 185. AMERICAN FUNDS, CAPITAL INCOME BUILDER CL A (CAIBX) | A | Dividend | | | Sold<br>(part) | 04/11/19 | J | | |
| 186. | | | | | Sold | 04/30/19 | K | B | |
| 187. DODGE & COX STOCK (DODGX) | C | Dividend | | | Sold | 04/30/19 | L | A | |
| 188. FIRST INVESTORS TAX EXEMPT INCOME CL A (FITAX) | A | Dividend | | | Sold | 04/12/19 | J | A | |
| 189. FRANKLIN INCOME CL A (FKINX) | A | Dividend | | | Sold | 04/30/19 | K | A | |
| 190. AMERICAN FUNDS, INCOME FUND OF AMERICA (AMECX) | A | Dividend | | | Sold | 04/30/19 | L | A | |
| 191. FIRST TRUST INTERMEDIATE DURATION PFD & INCOME FUND (FPF) | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 192. PENNANT PARK FLOATING RATE CAP LTD (PFLT) | A | Dividend | | | Sold | 04/30/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FREUDENTHAL, NANCY D.** | 03/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Name change: OPPENHEIMER GLOBAL VALUE CL Y (GLVYX) is now INVESCO OPPENHEIMER GLOBAL VALUE CL Y (GLVYX).

The properties from Trust #1 are located on the same parcel of land and were sold collectively in a single transaction. There is not a way to separately allocate value and gain for the transaction to individual units, so they are reported collectively on line 179.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| **FREUDENTHAL, NANCY D.** | 03/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ NANCY D. FREUDENTHAL**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544